# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

RAYVON BAKER

V.

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, WARDEN MICHAEL HOURIHANE,
CHIEF CAROLYN THOMAS, CORRECTION
OFFICER ABDULLAH, CORRECTION OFFICER

## SUMMONS IN A CIVIL CASE

08 CV 5173

CASE NUMBER:

JUDGE CROTTY

TO: (Name and address of defendant)

Warden Michael Hourihane
AMKC
09 09 Hazen St.
East Elmhurst, NY  11370

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicole Bellina, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Courhenine Lapang_

BY) DEPUTY CLERK

JUN 0 5 2008

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 8-29-2008 |
| NAME OF SERVER *(PRINT)* Ted Braunstein | TITLE Process Service |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at 60 Hudson St. Offc. of Dep't of Corrections to Investigator R Lombardi of the D.O.C who is authorized to accept Service Served at 3:20 PM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-29-2008___
Date

Signature of Server

Address of Server ___510 Atlantic Ave.___
___Bklyn NY 11217___

LEO GLICKMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GL6151114
Qualified in New York County
My Commission Expires August 14, 2010

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.